```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
EDWIN LYDA,
                    Plaintiff,

          - against -                    10-CV-4773 (DAB)
                                         ADOPTION OF REPORT
FREEMANTLEMEDIA NORTH AMERICA, INC.,     AND RECOMMENDATION

                    Defendant.
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/16

DEBORAH A. BATTS, United States District Judge.

This matter is before the Court upon the July 11, 2016 Report and Recommendation of United States Magistrate Judge Frank Maas ("Report"). Judge Maas's Report recommends that the Court award $118,705.09 to the Defendant as reasonable attorneys' fees and costs. (Report at 1.)

Pursuant to 28 U.S.C. § 636(b)(1)(C), "[w]ithin fourteen days after being served with a copy [of a Magistrate Judge's Report and Recommendation], any party may serve and file written objections to such proposed findings and recommendations..." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. 72(b)(2). The district court may adopt those portions of the report to which no timely objection has been made, so long as there is no clear error on the face of the record. See 28 U.S.C. § 636(b)(1)(A); Wilds v. United Parcel Serv., Inc., 262 F.Supp.2d 163, 169 (S.D.N.Y.

2003). To date, no objections to said Report and Recommendation have been filed.

Having reviewed the Report and Recommendation and finding no clear error on the face of the record, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation of United States Magistrate Judge Frank Maas dated July 11, 2016 be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Pursuant to Magistrate Judge Maas's recommendation, Defendant Freemantlemedia North America shall be awarded attorneys' fees in the amount of $117,936, plus costs in the amount of $769.09, for a total of $118,705.09; and

3. The Clerk of the Court is directed to close the docket in this case.

SO ORDERED.

DATED:   New York, New York
         August 31, 2016

*Deborah A. Batts*

DEBORAH A. BATTS

United States District Judge